**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: T.Z.W.T., A MINOR | : | No. 280 EAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: S.T.W.,  MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: T.Q.T.W., A MINOR | : | No. 281 EAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: S.T.W., MOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.